No. 78–6580.  MARINOFF *v.* DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE.  C. A. 2d Cir.  Certiorari denied.

No. 78–6585.  TIBERIO *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 78–6607.  MYERS, AKA COATES *v.* UNITED STATES. C. A. 4th Cir.  Certiorari denied.

No. 78–6608.  MYERS, AKA COATES *v.* UNITED STATES. C. A. 4th Cir.  Certiorari denied.

No. 78–6613.  PEERY *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 78–6617.  BARNES *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 78–6623.  WALLACE ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 78–6634.  BROWN *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 78–6636.  WAUGH *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 78–6643.  GOULD *v.* MEMBERS OF THE NEW JERSEY DIVISION OF WATER POLICY AND SUPPLY ET AL.  C. A. 3d Cir. Certiorari denied.

No. 78–1495.  RIGGS *v.* LAURENS DISTRICT 56 ET AL.  Sup. Ct. S. C.  Certiorari denied.  MR. JUSTICE MARSHALL would grant certiorari.